DANIEL K. CRANE-HIRSCH
Senior Trial Attorney
SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY and CENTER FOR ENVIRONMENTAL HEALTH, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; JANET WOODCOCK, M.D., ACTING COMMISSIONER OF FOOD AND DRUGS; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,[1] <br><br> *Defendants*. | Case No.: 3:19-cv-05168-VC <br><br> **NOTICE REGARDING FEDERAL REGISTER PUBLICATION AND CONSENT DECREE TERMINATION** |

Defendants submit this notice to inform the Court that the final rule regarding the laboratory accreditation program was published in the Federal Register on December 3, 2021. *See* Laboratory Accreditation for Analyses of Foods, 86 Fed. Reg. 68,728-68,831 (Dec. 3, 2021) (to be codified at 21 C.F.R. pts. 1, 11, 16 and 129). The publication completes Defendants'

---

[1] By operation of Fed. R. Civ. P. 25(d), Xavier Becerra is automatically substituted as a party in this action, in place of the former Secretary of the U.S. Department of Health and Human Services, Alex M. Azar II, and Janet Woodcock, M.D. is automatically substituted as a party in this action, in place of the former Commissioner of Food and Drugs, Stephen M. Hahn, M.D.

NOTICE REGARDING PUBLICATION/CONSENT DECREE TERMINATION

obligations under Paragraph 4 of the Consent Decree and terminates the Consent Decree without further judicial action under Paragraph 12. *See* Consent Decree, Dkt. 31 at 4, 6.

Date: December 3, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director
Consumer Protection Branch

   /s/ Sarah Williams
DANIEL K. CRANE-HIRSCH
Senior Trial Attorney
SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch, Civil Division
United States Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

Of Counsel:

DANIEL J. BARRY
Acting General Counsel

MARK RAZA
Chief Counsel
Food and Drug Administration
Deputy General Counsel
United States Department of Health and Human Services

WENDY VICENTE
Acting Deputy Chief Counsel for Litigation

JULIE B. LOVAS
Senior Counsel
Office of the Chief Counsel
United States Food and Drug Administration
10903 New Hampshire Avenue
White Oak 31, Room 4520
Silver Spring, MD 20993-0002